**JUDGE McMAHON**

**07 CIV 6071**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNION SQUARE VENTURES, L.L.C.,

   Plaintiff,

   - against -

UNION SQUARE PARTNERS GP, L.P. and UNION
SQUARE PARTNERS MANAGEMENT, L.L.C.,

   Defendants.

Case No. _____



## DISCLOSURE STATEMENT UNDER RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Union Square Ventures, L.L.C. states as follows: Plaintiff Union Square Ventures, L.L.C. has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
       June 26, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Jessica L. Margolis (JM-7786)
Sammi Malek (SM-4912)
WILSON SONSINI GOODRICH & ROSATI P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: 212.999.5800

John L. Slafsky (JS-3212)
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
Tel: 650.493.9300

*Attorneys for Plaintiff Union Square Ventures, L.L.C.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNION SQUARE VENTURES, L.L.C.,

Plaintiff,

- against -

UNION SQUARE PARTNERS GP, L.P. and UNION SQUARE PARTNERS MANAGEMENT, L.L.C.,

Defendants.

**JUDGE McMAHON**

Case No. **07 CIV 6071**



### DISCLOSURE STATEMENT UNDER RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Union Square Ventures, L.L.C. states as follows: Plaintiff Union Square Ventures, L.L.C. has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
       June 26, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Jessica L. Margolis (JM-7786)
Sammi Malek (SM-4912)
WILSON SONSINI GOODRICH & ROSATI P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: 212.999.5800

John L. Slafsky (JS-3212)
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
Tel: 650.493.9300

*Attorneys for Plaintiff Union Square Ventures, L.L.C.*