Wilson Sonsini Goodrich & Rosati PC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNION SQUARE VENTURES, L.L.C.,

                             Plaintiff,

-against-

UNION SQUARE PARTNERS GP, L.P. and UNION SQUARE
PARTNERS MANAGEMENT, L.L.C.,

                             Defendants.
------------------------------------------------------------X

Index No.: 2007 CIV 6071(McMahon)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                     ) ss.:
COUNTY OF NEW YORK     )

      **DARREN HINDS**, being duly sworn, deposes and says:

      1.     That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

      2.     That on June 28, 2007, at approximately 11:37 a.m., I served by hand, by personally delivering to and leaving with, a true and correct copy of the foregoing documents: **SUMMONS IN A CIVIL ACTION, COMPLAINT, Disclosure Statement Under Rule 7.1, Individual Practices Of Magistrate Judge Henry Pitman, Individual Practices Of Judge McMahon and Civil Cover Sheet,** all upon **UNION SQUARE PARTNERS GP, L.P.,** by Personal Delivery, via Ms. Ellen Hogan, who identified herself as a "Paralegal" as well as being authorized, as Agent to accept service on behalf of Union Square Partners GP, L.P., which service was effected at their actual place of business indicated below:

                UNION SQUARE PARTNERS GP, L.P.
                230 Park Avenue South / 11th Floor
                New York, New York 10003

      3.     **Ms. Ellen Hogan** can best be described as

Female  –  White skin  –  Blonde hair  -  Brown eyes  -  Approximately 33 - 43 years of age, 5'7"–5'11" and 155 – 195lbs.

Dated:  June 28, 2007
           New York, New York

                                                             DARREN HINDS
                                                             License No.: 1194970

Sworn to before me on this the 28th day of June 2007.

_____
NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 2009

---

RAPID & RELIABLE ATTORNEY SERVICE, INC.
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 858
NEW YORK, NEW YORK 10268
212-608-1555

*"We've built our reputation on your satisfaction"*