UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNION SQUARE VENTURES, L.L.C.,

                                             Plaintiff,

   -against-

UNION SQUARE PARTNERS GP, L.P. and UNION SQUARE
PARTNERS MANAGEMENT, L.L.C.,

                                        Defendants.

-------------------------------------------------------------X

Index No.: 2007 CIV 6071(McMahon)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK             )
                                 )  ss.:
COUNTY OF NEW YORK      )

      **DARREN HINDS,** being duly sworn, deposes and says:

           1.      That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

           2.      That on June 28, 2007, at approximately 11:38 a.m., I served by hand, by personally delivering to and leaving with, a true and correct copy of the foregoing documents: **SUMMONS IN A CIVIL ACTION, COMPLAINT, Disclosure Statement Under Rule 7.1, Individual Practices Of Magistrate Judge Henry Pitman, Individual Practices Of Judge McMahon and Civil Cover Sheet,** all upon **UNION SQUARE PARTNERS MANAGEMENT, L.L.C.,** by Personal Delivery, via Ms. Ellen Hogan, who identified herself as a "Paralegal" as well as being authorized, as Agent to accept service on behalf of Union Square Partners GP, L.P., which service was effected at their actual place of business indicated below:

                     UNION SQUARE PARTNERS MANAGEMENT, L.L.C.
                     230 Park Avenue South / 11th Floor
                     New York, New York 10003

           3.      Ms. Ellen Hogan can best be described as

Female  –  White skin  –  Blonde hair  -  Brown eyes  -  Approximately 33 - 43 years of age, 5'7"–5'11" and 155 – 195lbs.

Dated:  June 28, 2007
         New York, New York

                                                _____
                                              DARREN HINDS
                                              License No.: 1194970

Sworn to before me on this the 28th day of June 2007.

_____
NOTARY PUBLIC

                         **HOLLY ROLDAN**
                      **Notary Public, State of New York**
                      **No. 01RO6175752**
                      **Qualified in New York County**
                      **Commission Expires April 20, 2009**

**RAPID & RELIABLE ATTORNEY SERVICE, INC.**
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 858
NEW YORK, NEW YORK 10268
212-608-1555

*'We've built our reputation on your satisfaction'*