UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNION SQUARE VENTURES LLC,

        Plaintiff,

-against-

UNION SQUARE PARTNERS GP, L.P. and UNION SQUARE PARTNERS MANAGEMENT, LLC,

        Defendants.

Case No. 07 CIV 6071

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Union Square Partners GP, L.P. and Union Square Partners Management, LLC state the following: Union Square Partners GP, L.P. has no parent corporation and no publicly-held corporation owns 10% or more of its stock. Union Square Partners Management, LLC has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: New York, NY
       July 17, 2007

WEIL, GOTSHAL AND MANGES LLP

By: _____
Randi W. Singer (RS-6342)
Laura J. Protzmann (LP-6539)
WEIL, GOTSHAL AND MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

*Attorneys for Defendants Union Square Partners GP, L.P. and Union Square Partners Management, LLC*