*Memoiten, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNION SQUARE VENTURES, LLC,<br><br>        Plaintiff,<br><br>- against -<br><br>UNION SQUARE PARTNERS GP, L.P. and UNION SQUARE PARTNERS MANAGEMENT, LLC,<br><br>        Defendants. | Case No. 07 Civ. 6071 (em)<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, and pursuant to the executed Settlement Agreement and Release and Fed. R. Civ. P. 41, that the above-captioned action and the claims and defenses asserted therein be dismissed with prejudice. Each party shall bear its own costs and fees.

Dated: New York, New York
       December 10, 2007

_____
Jessica L. Margolis (JM-7786)
Sammi Malek (SM-4912)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: 212.999.5800

John L. Slafsky (JS-3212)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
Tel: 650.493.9300

_____
Randi W. Singer (RW-6342)
Laura J. Protzmann (LP-6539)
WEIL GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, New York 10153
Tel: 212.310.8000

IT IS SO ORDERED:

Dated: December 12, 2007

_____
The Honorable Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07